# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONTAVIOUS SHERRODE SMITH,**

      **Plaintiff,**

**v.**                                                             **Case No: 6:12-cv-1385-Orl-28GJK**

**STATE OF FLORIDA, MIKE HARIDOPOLIS, SCHOOL BOARD OF BREVARD COUNTY, BREVARD COUNTY, FL, CITY OF COCOA, LABORATORY CORPORATION OF AMERICA HOLDINGS LLC, JP MORGAN CHASE, TIME WARNER, MCDONALDS 365 BLACK, NATIONAL AERONAUTICAL SPACE ADMINISTRATION, NIKE INC., PEPSI CO, TRINITY BROADCAST NETWORK, WALMART, ROYAL CARIBBEAN CRUISES LLC, ALLIED VETERANS OF THE WORLD AND AFFILIATES, ORLANDO MAGIC, SPACE COAST BUSINESS MARKETING and WEYCO GROUP,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **TAY'S: (1) MOTION TO VACATE ORDERS AND REOPEN 2009 CASE ALLEGING 42 U.S.C. SECTION 1981 CLAIM FOR DISCRIMINATION; (2) MOTION TO VACATE ORDER 44 AND GRANT TAY DEFAULT JUDGMENT AGAINST DEFENDANT LABCORP; (3) MOTION TO AMEND AND SUPPLEMENT AMENDED COMPLAINT, PARTIES AND ADD NEW FACTS; (4) MOTION FOR LEAVE TO EXCEED PAGE AND TIME LIMITS, INCLUDED WITHIN MEMORANDUM OF LAW AND DECLARATION (Doc. No. 69)** |
| **FILED:** | **November 9, 2012** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

Plaintiff, Dontavious Sherrode Smith (a/k/a "Tay" or "Tay Tay"), and his sundry claims are no stranger to this Court. On November 13, 2009, Plaintiff filed a complaint against the School Board of Brevard County, Richard DiPatri, and Leroy Berry. *See Smith v. School Bd. of Brevard County*, No. 6:09-cv-2033-Orl-31KRS, 2010 WL 1385866 at *1 (M.D. Fla. Apr. 1, 2010). The gravamen of this complaint and the subsequent three amended complaints Plaintiff filed was that defendants denied him employment as a substitute teacher by falsifying his drug test results to show he tested positive for marijuana and because he is black. *See Smith*, No. 6:09-cv-2033-Orl-31KRS, Third Am. Compl. at 8 ¶ 19, ECF No. 50. The Honorable Gregory Presnell found Plaintiff's third amended complaint was "utter nonsense," granted the defendants' motion to dismiss and dismissed the case with prejudice. *Smith*, No. 6:09-cv-2033-Orl-31KRS, 2010 WL 1385866 at *3.[1]

---

[1] Judge Presnell also held "[a]s a matter of law, [that] Plaintiff is clearly not qualified to teach in Defendants' public

On May 2, 2011, Plaintiff filed a complaint against the School Board of Brevard County and Leroy A. Berry. *See Smith v. School Board of Brevard County*, No. 6:11-cv-731-GAP-KRS (M.D. Fla. filed May 2, 2011). On May 20, 2011, Magistrate Judge Karla Spaulding issued a report and recommendation, recommending the case be dismissed with prejudice because the "issues presented in the present case are foreclosed by the ruling of this Court in Case No. 6:09-cv-2033-Orl-31-KRS." *See Smith*, No. 6:11-cv-731-GAP-KRS, ECF No. 8. On May 25, 2011, Judge Presnell adopted the report and recommendation and dismissed the case with prejudice. *See Smith*, No. 6:11-cv-731-GAP-KRS, ECF No. 10. After subsequently filing two additional motions, Judge Presnell prohibited Plaintiff from filing any more pleadings except for a notice of appeal. *See Smith*, No. 6:11-cv-731-GAP-KRS, ECF No. 14.

On January 17, 2012, Plaintiff filed a complaint in the Eighteenth Judicial Circuit Court of Florida against the State of Florida, Mike Haridopolis, Dean Cannon, Gerard Robinson, Andy Mompeller, Chuck Nelson, Dr. Neil J. Dash, Jim Skinner, the Florida Board of Education, the Florida Department of Education, the Florida Lottery, Laboratory Corporation of America and McDonald's 365 Black. *See Smith v. Florida*, No. 6:12-cv-439-CEH-KRS, ECF No. 2. The case was removed to this Court and Judge Spaulding recommended the case be dismissed with prejudice because the facts underlying the complaint were the same as those alleged in the two prior complaints that were dismissed. *See Smith v. Florida*, No. 6:12-cv-439-CEH-KRS, 2012 WL 3252768 at *2 (M.D. Fla. June 13, 2012). Judge Spaulding also recommended Plaintiff be enjoined "from filing any future lawsuit asserting a violation of his federal constitutional rights arising from the facts underlying the 2009 Case, the 2011 Case and the [instant] Case without leave of court." *Id.* at *4. On August 7, 2012, the Honorable Charlene Honeywell adopted Judge Spaulding's report and recommendation and enjoined Plaintiff from filing "any future

---

schools." *Smith v. School Bd. of Brevard County*, No. 6:09-cv-2033-Orl-31KRS, 2010 WL 1385866 at *3.

lawsuit asserting a violation of his federal constitutional rights arising from the facts underlying Case No. 6:09-cv-2033-Orl-31KRS, Case No. 6:11-cv-731-Orl-31KRS; and Case No. 6:12-cv-439-Orl-36KRS . . . ." *See Smith*, No. 6:12-cv-439-CEH-KRS, ECF No. 51.

On August 21, 2012, Plaintiff once again filed a Complaint in the Eighteenth Judicial Circuit Court of Florida. Doc. No. 2. Plaintiff names the State of Florida, Mike Haridopolis, the School Board of Brevard County, City of Cocoa, Laboratory Corporation of America Holdings, LLC, JP Morgan Chase, Time Warner, McDonald's 365 Black, NASA, Nike, PepsiCo., Allied Veteran's of the World and Affiliates, Trinity Broadcast Network, Wal-Mart, Royal Carribean [sic] Cruises, LLC, Orlando Magic, Space Coast Business Marketing and Weyco Group as Defendants. Doc. No. 2. The case was removed to this Court on September 10, 2012. Doc. No. 1.

In September and October 2012, Laboratory Corporation of America Holdings, LLC (hereafter "LabCorp"), Brevard County and School Board of Brevard County, City of Cocoa, JP Morgan Chase, PepsiCo and Allied Veterans of the World and Affiliates (hereafter "Allied Veterans") filed motions to dismiss the Complaint. Doc. Nos. 13, 15, 17-18, 35, 37. On October 9, 2012, Plaintiff filed a paper which, among other things, requested leave to file an amended complaint. Doc. No. 40. On November 9, 2012, Plaintiff moved for partial summary judgment. Doc. No. 64. Plaintiff also filed a motion to reopen Case No. 6:09-cv-2033-Orl-31KRS, grant default judgment against LabCorp, amend his Complaint and exceed page and time limits (hereafter "Motion"). Doc. No. 69.

Plaintiff's Complaint spans 50 pages, plus another 40 pages in exhibits, contains 266 paragraphs and attempts to assert 22 claims for relief. Doc. No. 2. In his Complaint, Plaintiff essentially alleges that Defendants created his identity and likeness using financial resources,

God, "'bling,' beautiful and exotic-'hood' women, comedy, saggin pants, politics, tattoos, . . . Jordan (Michael Jordan), Nike, Louis Vuitton, Rolls Royce and Bentley motorcars, G5 private jets, marijuana, wine and alcohol spirits, 'making it rain' in the club, Superman and Aquaman characters (Warner Bros.), Friday (Warner Bros.), Space Coast business, fashion . . . ." Doc. No. 2 at 8 ¶¶ 38-39.  Plaintiff also alleges that he applied for a job to be a substitute teacher with the School Board of Brevard County, but his application was denied after his drug test fraudulently tested positive for marijuana.  *See* Doc. No. 2 at 15-18 ¶¶ 62-76.

Counts 1-6, 10, 12, 16-18 and 21 assert claims arising out of the denial of his employment application due to a positive drug test.  Doc. No. 2 at 25-32, 35-36, 42-44, 47-49.  Plaintiff is enjoined from asserting these claims.  *See Smith*, No. 6:12-cv-439-CEH-KRS, ECF No. 51.  In Counts 7-9, 11, 13-15, 19-20 and 22, Plaintiff essentially asserts that Defendants made misrepresentations concerning the educational system and the American dream, failed to provide accurate information, failed to provide the "utmost customer service" and discriminated against him because he is a black male and a public figure.  Doc. No. 2 at 32-35, 36-41, 45-47, 49-50.  These claims are baseless on their face, fail to state any colorable claim for relief and are "'utter nonsense.'"  *Smith*, No. 6:09-cv-2033-Orl-31KRS, 2010 WL 1385866 at *3.

Based on the foregoing, it is **RECOMMENDED** that:

1. The Motion be **Denied**;

2. Plaintiff's Complaint be **Dismissed with Prejudice**;

3. All pending motions be **Denied as Moot**; and

4. The Clerk be directed to close the case and refuse to accept any further pleadings, motions or other documents from Plaintiff in this case.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified mail**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on December 3, 2012.

                                                                             GREGORY J. KELLY
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy