UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONTAVIOUS SHERRODE SMITH,

          Plaintiff,

-vs-                                      Case No. 6:12-cv-1385-Orl-22GJK

STATE OF FLORIDA, et al.,

          Defendants.
_____

## ORDER

This case is before the Court on "Tay's (1) Motion to Vacate Orders and Reopen 2009 Case Alleging 42 U.S.C. Section 1981 Claim for Discrimination; (2) Motion to Vacate Order 44 and Grant Tay Default Judgment Against Defendant Labcorp; (3) Motion to Amend and Supplement Amended Complaint, Parties and Add New Facts; (4) Motion for Leave to Exceed Page and Time Limits, Included within Memorandum of Law and Declaration"(Doc. No. 69) filed November 9, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied and Plaintiff's Complaint be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 85), the Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 3, 2012 (Doc. No. 83) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. "Tay's (1) Motion to Vacate Orders and Reopen 2009 Case Alleging 42 U.S.C. Section 1981 Claim for Discrimination; (2) Motion to Vacate Order 44 and Grant Tay Default Judgment Against Defendant Labcorp; (3) Motion to Amend and Supplement Amended Complaint, Parties and Add New Facts; (4) Motion for Leave to Exceed Page and Time Limits, Included within Memorandum of Law and Declaration"(Doc. No. 69) is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED with prejudice**.

4. All pending motions are **DENIED as moot**.

5. The Clerk of the Court is directed to close this file.

6. The Clerk is further directed to not accept any further pleadings, motions, or other documents from Plaintiff in this case.

**DONE and ORDERED** in Chambers, Orlando, Florida this ___ day of December, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party